**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **MARVIN TROLLINGER,** ) | **CASE NO. 1:17-CV-1358-DAP** |
| ) | |
| Plaintiff, ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs. ) | <u>**ORDER ADOPTING REPORT**</u> |
| ) | <u>**AND RECOMMENDATION**</u> |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY ADMINISTRATION** ) | |
| ) | |
| ) | |
| Defendant. ) | |

Before the Court is the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg ("R&R"), Doc #. 13, issued on April 25, 2018, which recommends that the Court reverse the Commissioner's decision and remand the matter.

Under the relevant statute,

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). However, where a party fails to object, a district court is not required to

conduct any review, *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The failure to file written objections also results in a waiver of the right to appeal. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Here, any objections to the R&R were due on May 9, 2018. On May 8, 2018, the Commissioner filed a Response, Doc #: 14, stating that she would not be filing objections to the R&R. Plaintiff did not file any objections and his time to do so has now passed. Nonetheless, the Court has reviewed the Magistrate Judge's thorough R&R. The Court agrees with the Magistrate Judge that the ALJ has failed to fully consider the evidence in formulating the residual function capacity ("RFC").

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R, Doc. # 13, in full, **REVERSES** the Commissioner's decision, and **REMANDS** Plaintiff's case to the Social Security Administration for further proceedings consistent with this Order and the R&R.

**IT IS SO ORDERED.**

*/s/ Dan A. Polster     May 10, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**